UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL SHELTON,

        Plaintiff,                      Case No. 1:13cv441

v.                                       Hon. Robert J. Jonker

MICHIGAN TURKEY PRODUCERS COOPERATIVE, INC.,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on August 18, 2014.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 18, 2014, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that defendant's motion to dismiss (docket # 10) is **GRANTED**.

                                                        /s/Robert J. Jonker
                                                        ROBERT J. JONKER
                                                 UNITED STATES DISTRICT JUDGE

Dated:  September 5, 2014